==================================================================================

## ★ ★ ★ ★ ★ UNITED STATES DISTRICT COURT ★ ★ ★ ★ ★

NORTHERN          DISTRICT OF          NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1352 (GLS/RFT)**

ANDREA GIORDANO

    v.

UNITED STATES OF AMERICA

_____ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   X      **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the Government's motion for summary judgment is GRANTED and the case is dismissed, in accordance with the Decision and Order issued by U.S. District Judge Gary L. Sharpe, on May 13, 2009.**

May 14, 2009                                                                  **LAWRENCE K. BAERMAN**
                                                                                              CLERK OF THE COURT


                                                                              BY:       S/
                                                                                   DEPUTY CLERK
                                                                                      John Law